# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ARZURAY D. REED,                          ) No. CV 22-3693-JLS (JPR)
                                          )
                 Petitioner,              ) **ORDER ACCEPTING MAGISTRATE**
                                          ) **JUDGE'S REPORT AND RECOMMENDATION**
            v.                            )
                                          )
GENA JONES, Acting Warden,                )
                                          )
                 Respondent.              )
_____   )

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the
Petition, the other records on file, and the Magistrate Judge's
Report and Recommendation.  The Court accepts the findings and
recommendations of the Magistrate Judge.

     ACCORDINGLY, IT IS ORDERED THAT:

     1.   The Petition is denied with prejudice.

     2.   Judgment be entered consistent with this order.

     3.   The clerk serve this Order and the Judgment on all
counsel or parties of record.

DATED:  November 7, 2023

                                    JOSEPHINE L. STATON
                                    U.S. DISTRICT JUDGE