JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARZURAY D. REED,<br><br>        Petitioner,<br><br>    v.<br><br>GENA JONES, Acting Warden,<br><br>        Respondent. | Case No. CV 22-3693-JLS (JPR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 7, 2023

*[signature]*
JOSEPHINE L. STATON
U.S. DISTRICT JUDGE